**James Elliott PRICE, Sr.,**
**Petitioner–Appellant,**

v.

**Ernest R. SUTTON, Administrator, d/b/a**
**Wayne Ingram, Acting Superinten-**
**dent, Respondent–Appellee.**

No. 01–6761.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 20, 2001.

Decided Sept. 26, 2001.

James Elliott Price, Sr., pro se. Thomas Drummond Bagwell, Assistant Attorney General, Richmond, VA, for appellee.

Before LUTTIG, KING, and GREGORY, Circuit Judges.

PER CURIAM.

James Elliott Price, Sr., appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Price v. Sutton,* No. CA–00–631–3 (E.D.Va. Mar. 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*